UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:05CV1770 CDP |
| ) | |
| SBC COMMUNICATIONS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

I am disqualified from this matter under 28 U.S.C. § 455(b)(4). The basis for this disqualification arose on May 29, 2006, and I learned of it on July 6, 2006. I will therefore direct the Clerk of Court to assign the case randomly to a different Judge. Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another judge.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2006.